# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK LLC, ECHOSTAR TECHNOLOGIES LLC, and NAGRASTAR LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>GIOVANNI RUBIO,<br><br>    Defendant. | Case No.<br>EDCV 14-2272 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendant.

    A permanent injunction is entered against Defendant Giovanni Rubio, enjoining him from:

    a. circumventing or assisting others to circumvent DISH Network's security system or otherwise intercepting or assisting others to intercept DISH Network's satellite signal; and

    b. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite

1    data stream, or any other part or component of
2    the DISH Network security system.
3
4 The Court orders that such judgment shall be entered.
5 This judgment may be amended by the Court to include an
6 award of attorneys' fees.
7
8 Dated: April 16, 2015
9
10                          _____
                            THE HONORABLE JESUS G. BERNAL
                            United States District Judge